In the Matter of Proving the Will of MARY GLEASON, Deceased.

JOHN GLEASON, Appellant; JESSIE Q. FARA, as Executrix, Respondent.

Reported below, 177 App. Div. 907.
(Argued April 22, 1918; decided April 30, 1918.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 21, 1917, which affirmed a decree of the New York County Surrogate's Court admitting to probate the will of Mary Gleason, deceased.

The motion was made upon the grounds that service of the notice of appeal was improperly made and that appellant had failed to prosecute the appeal.

*Elihu J. Zwilling* for motion.
*John L. Farrell* opposed.

Motion denied, with ten dollars costs.

---

HENRY ARNOW, Respondent, *v.* CARMEL REALTY COMPANY, Appellant.

Reported below, 177 App. Div. 899.
(Submitted April 22, 1918; decided April 30, 1918.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 12, 1917, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to recover money paid on a contract for the purchase of real property.

The motion was made upon the ground of failure to file the return on appeal.

*Simon O. Pollock* for motion.
*Max Monfried* opposed.

Motion denied.